UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHRISTOPHER JOHN VIZIER | CIVIL ACTION |
| VERSUS | NUMBER: 17-11582 |
| BRITTANY PETERSON, ET AL. | SECTION: "H"(5) |

**ORDER**

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of Plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

IT IS ORDERED that Plaintiff's suit is dismissed for failure to prosecute pursuant to Rule 41(b), Fed. R. Civ. P., and Local Rule 41.3.1.

New Orleans, Louisiana, this 14th day of May, 2018.

JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE